PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAMER EL-BERRI, | ) | CASE NO. 1:09CV01106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| MICHELE MILLER, | ) | |
| | ) | |
| Respondent. | ) | **JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, the Court hereby adopts the Report and Recommendation (ECF No. 15) in its entirety and overrules Petitioner's objections to the Report and Recommendation (ECF No. 18). Petitioner's Petition for Habeas Corpus (ECF No. 1) is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

May 22, 2012            */s/ Benita Y. Pearson*
Date                                  Benita Y. Pearson
                                        United States District Judge